[No. 54086-6-I.   Division One.   February 22, 2005.]

DAVID RUZUMNA, *Respondent*, v. TIMOTHY MCGUINNESS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-39887-0, Steven C. Gonzalez, J., entered March 12, 2004. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.